1052

[Nos. 46858-1-II; 48282-7-II.   Division Two.   November 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN E. PINK, *Appellant*.

*In the Matter of the Personal Restraint of* STEVEN E. PINK, *Petitioner*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 99-1-00060-1, David L. Edwards, J., entered October 27, 2014, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.

[No. 47124-8-II.   Division Two.   November 8, 2016.]

*In the Matter of the Estate of* MILDRED G. JOHNSON.

STEVEN C. JOHNSON, *Appellant*, v. GUARDIANSHIP SERVICES OF SEATTLE, *as Substitute Personal Representative*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-4-01708-8, Bryan E. Chushcoff, J., entered December 29, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 47290-2-II.   Division Two.   November 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA JAMES MULLENS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-04317-3, Stanley J. Rumbaugh, J., entered February 27, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Sutton, JJ.